GREGORY D. CORN, ESQ.
Gregory D. Corn Chartered
Nevada Bar No. 645
592 5th Street
Elko, NV 89801
(775) 738-2525
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES CORGAN,

    Plaintiff,

vs.

NEVADA DEPARTMENT OF PUBLIC SAFETY INVESTIGATION DIVISION; Detective BRAD WARWICK; Detective MIKE KEEMA; Sgt. KELLY STUEHLING; JIM PITTS - the Sheriff of Elko County and/or Any of His Subordinates; Undersheriff CLAIR MORRIS; Deputy in Charge of Jail MIKE SILVA; ELKO COUNTY DEPUTY SHERIFFS AND JAILERS; THE COUNTY OF ELKO, a Political Subdivision of the State of Nevada; Elko County Commissioner GLEN GUTTRY; Elko County Commissioner CHARLIE MYERS; Elko County Commissioner DEEMAR DAHL; Elko County Commissioner JEFF WILLIAMS; Elko County Commissioner WARREN RUSSELL; Inmate SERVANDO MUÑOZ CORTEZ (aka SERVANDO MUÑOZ-CORTEZ); Inmate BRYAN PAIGE; FRANCISCA BAUSTISTA (sp?) VILLANO; and JOHN/JANE DOES 1-10;

    Defendants.
_____/

Case No: **3:14-cv-00692-RCJ-WGC**

**STIPULATION TO ENLARGE THE TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING TO MOTION TO DISMISS**

**STIPULATION TO ENLARGE THE TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING TO MOTION TO DISMISS**

COMES NOW, Plaintiff JAMES CORGAN (herein "CORGAN"), by and through his attorney GREGORY D. CORN, ESQ., of the Law Offices of Gregory D. Corn Chartered, and Defendants Detective MIKE KEEMA; JIM PITTS - the Sheriff of Elko County and/or Any of

His Subordinates; Undersheriff CLAIR MORRIS; Deputy in Charge of Jail MIKE SILVA; ELKO COUNTY DEPUTY SHERIFFS AND JAILERS; THE COUNTY OF ELKO, a Political Subdivision of the State of Nevada; Elko County Commissioner GLEN GUTTRY; Elko County Commissioner CHARLIE MYERS; Elko County Commissioner DEEMAR DAHL; Elko County Commissioner JEFF WILLIAMS; Elko County Commissioner WARREN RUSSELL (herein collectively "COUNTY OF ELKO"),  by and through their attorney BRENT T. KOLVET, ESQ., of Thorndal Armstrong Delk Balkenbush & Eisenger, and makes this stipulation, as follows:

1. The COUNTY OF ELKO has filed on January 22, 2015, a Motion to Dismiss (herein "Motion").

2. The time within which CORGAN must otherwise responsively plead to the Motion otherwise expires on February 5, 2015.

3. As CORGAN is in need of certain documents and/or pleadings not yet in his possession which are currently in possession of CORGAN's former Public Defender Criminal Law Attorney, the Cavanaugh-Bill Law Offices, CORGAN has caused to be delivered for execution an authorization for release of all said pleadings and/or documentation which authorization is necessary wherein CORGAN has waived any attorney-client privilege where JOHN STEVENSON, ESQ., formerly of the Cavanaugh-Bill Law Offices, is in need of the executed authorization in order that he may review the same and provide relevant information to CORGAN's attorney with respect to and in furtherance of CORGAN's Opposition to the COUNTY OF ELKO's Motion.

4. COUNTY OF ELKO stipulates and does not object to this Court entering it's order

1  and/or documentation which include confidential information that CORGAN must have
2  to file his Opposition, and in addition, obtain the Affidavit of his former criminal attorney
3  JOHN STEVENSON, ESQ. in support of the CORGAN Opposition.

5  6.  CORGAN has filed on or around even date herewith his motion seeking the relief
6  requested herein to enlarge the time within which CORGAN must file his Opposition to
7  the Motion.

9  IT IS SO STIPULATED:

ORDER

IT IS HEREBY ORDERED that the Stipulation to Enlarge the Time Within Which to File Responsive Pleading to motion to Dismiss (ECF #13) is GRANTED.

IT IS FURTHER ORDERED that the Motion to Enlarge the Time Within Which to File Responsive Pleading to Motion to Dismiss and Pursuant to Stipulation Agreeing to the Same (ECF #12) is GRANTED.

IT IS SO ORDERED this 30th day of January, 2015.

_____
ROBERT C. JONES