UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* **

| | | |
|---|---|---|
| JAMES CORGAN, | ) | |
| | ) | CASE NO.: 3:14-CV-00692-RCJ-WGC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| NEVADA DEPARTMENT OF PUBLIC | ) | |
| SAFETY INVESTIGATION DIVISION, *et* | ) | |
| *al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #42) entered on June 16, 2015, in which the Magistrate Judge recommends the Court grant and deny in part Defendants' Motion to Dismiss (ECF #16 and #31).   The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #42).

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss  (ECF #16 and #31) is GRANTED and DENIED in part.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED this 8th day of July, 2015.

_____

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE