JULIE CAVANAUGH-BILL
Nevada Bar No. 11533
CAVANAUGH-BILL LAW OFFICES, LLC
401 Railroad Street, Suite 307
Elko, Nevada  89801
(775) 753-4357
(775) 753-4360 Facsimile
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF NEVADA

JAMES TRACY CORGAN, an individual,   CASE NO.: 3:14-CV-692- RCJ-WGC

    Plaintiff
vs.   **STIPULATION TO EXTEND RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

NEVADA DEPT. OF PUBLIC SAFETY
INVESTIGATION DIVISION, ET. AL.,

    Defendant

COMES NOW, Plaintiff JAMES CORGAN (herein "Corgan"), by and through his attorney JULIE CAVANAUGH-BILL, and Defendants MIKE KEEMA, COUNTY OF ELKO,, a Political Subdivision of the State of Nevada, by and through their attorney KATHERINE F. PARKS, ESQ., and hereby stipulate and agree to extend the time for Plaintiff's Response to Motion for Summary Judgment by fourteen (14) days.  Good cause exists for this request, due to Plaintiff's need to receive and review additional documents from Defendant's Supplemental Discovery which were unintentionally delayed.  Counsel is cooperating in good faith and believe that this extension is necessary and will not cause undue delay and will not cause any prejudice. **Plaintiff's response to Motion for Summary Judgment (EFC NO. 83) second due date is February 3, 2017 (EFC NO. 88).  The new due date to reply is February 17, 2017.**

///

///

///

**DATED** this _1st_ day of February, 2017

| | |
|---|---|
| THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER | CAVANAUGH-BILL LAW OFFICES, LLC |
| /s/ Katherine Parks | /s/ Julie Cavanaugh-Bill |
| _____ | _____ |
| Katherine Parks | Julie Cavanaugh-Bill |
| NV Bar No. 6227 | NV Bar No. 11533 |
| Attorney for Defendants | Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED.

DATED: February 2 , 2017.

_____
UNITED STATES MAGISTRATE JUDGE

-2-