**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMES CORGAN,

    Plaintiff,

  v.

MIKE KEEMA, *et al.,*

    Defendant.

CASE NO.: 3:14-CV-00692-RCJ-WGC

**ORDER**

Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF #100[1]) entered on June 20, 2017, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF No. 83) as to the sole § 1983 federal claim, and decline to retain jurisdiction with respect to the remaining state law claims, which should be dismissed without prejudice. On July 3, 2017, Defendants' filed Objection to Report and Recommendation Regarding Motion for Summary Judgment (ECF No. 101).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendation (ECF #100) entered on June 20, 2017, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF No. 83) **AS TO THE SOLE § 1983 FEDERAL CLAIM** is GRANTED.

IT IS FURTHER ORDERED that the Court declines to exercise supplemental jurisdiction over the remaining state law claims and DISMISS the remaining state law claims WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED this 19th day of July, 2017.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.